Mᴀʀᴄʜ 26, 1962.*

No. 469. Iɴᴄʀᴇs Sᴛᴇᴀᴍsʜɪᴘ Co., Lᴛᴅ., *v.* Iɴᴛᴇʀɴᴀ-ᴛɪᴏɴᴀʟ Mᴀʀɪᴛɪᴍᴇ Wᴏʀᴋᴇʀs Uɴɪᴏɴ ᴇᴛ ᴀʟ. Certiorari, 368 U. S. 924, to the Court of Appeals of New York. The motion of the Republic of Liberia for leave to file brief, as *amicus curiae,* is granted.

No. 1078, Misc. Wʜɪᴛᴇ *v.* Tᴀʏʟᴏʀ, Wᴀʀᴅᴇɴ. Motion for leave to file petition for writ of habeas corpus denied.

No. 1021, Misc. Mᴀʀsʜ *v.* Bᴀɴɴᴀɴ, Wᴀʀᴅᴇɴ. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 89. Sᴍɪᴛʜ *v.* Eᴠᴇɴɪɴɢ Nᴇᴡs Assᴏᴄɪᴀᴛɪᴏɴ. Supreme Court of Michigan. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Thomas E. Harris* for petitioner. *Phillip T. Van Zile II* for respondent.

No. 660. Tᴇxᴀᴄᴏ Pᴜᴇʀᴛᴏ Rɪᴄᴏ Iɴᴄ. *v.* Aʀᴍᴀɪᴢ ᴇᴛ ᴀʟ. Supreme Court of Puerto Rico and Superior Court of Puerto Rico. Certiorari denied. *Milton Handler* for petitioner. *James R. Withrow, Jr.* and *Jose Trias Monge* for respondents.

---

*Mʀ. Jᴜsᴛɪᴄᴇ Wʜɪᴛᴛᴀᴋᴇʀ took no part in the consideration or decision of cases in which orders were this day announced.